Michael BIRMINGHAM,
Plaintiff–Appellant,

v.

ROBOTICS INCORPORATED,
Defendant–Appellee.

No. 06–1035.

United States Court of Appeals,
Federal Circuit.

Jan. 27, 2006.

Michael Birmingham, pro se.

ON MOTION

*ORDER*

Upon consideration of Michael Birmingham's unopposed motion to voluntarily dismiss his appeal from the United States District Court for the Northern District of New York in district court case no. 04–753,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.